# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIDA RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SA CV 17-00638 AFM<br><br>**JUDGMENT** |

IT HEREBY IS ORDERED AND ADJUDGED that the Complaint is dismissed without prejudice for failure to prosecute.

DATED: January 12, 2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE